1

2

3

4

5

6

7               **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF ARIZONA**

9  David Johnson,                           No. CV-24-00076-PHX-KML

10                  Plaintiff,             **ORDER**

11       v.

12  Phoenix Fire Department, *et al.*,

13                  Defendants.

14

15          Before the Court is the parties' Joint Stipulated Motion to Extend Case Deadlines.

16  (Doc. 27). Good cause appearing,

17          **IT IS ORDERED** that the parties' Joint Stipulated Motion to Extend Case

18  Deadlines (Doc. 32) is granted; and

19          **IT IS FURTHER ORDERED** that the deadlines are extended as follows:

20

21      • Plaintiff's deadline to disclose the identity of all persons whom they
         may call at trial to present evidence under FRE 702, 703, 704, or 705 to
22       **July 23, 2025** (currently May 23, 2025);

23

24      • Defendants' deadline to disclose the identity of all persons whom they
         may call at trial to present evidence under FRE 702, 703, 704, or 705 to
25       **August 20, 2025** (currently June 20, 2025);

26

27      • Plaintiff's deadline to disclose the identity of all persons providing
         rebuttal expert testimony to **September 18, 2025** (currently July 18,
28       2025);

- Close of fact discovery to **October 22, 2025** (currently August 22, 2025);

- Deadline to make all pre-trial disclosures required under FRCP 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, to **October 8, 2025** (currently August 8, 2025); and

- Deadline to file all dispositive motions, including Daubert motions, to be filed by **December 10, 2025** (currently October 10, 2025).

**IT IS FURTHER ORDERED** that except as otherwise stated herein all other provisions of the Court's Rule 16 Case Scheduling Order (Doc. 19) are to remain the same.

FP 53866519.1